UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WASTE MANAGEMENT DATA BREACH LITIGATION | No. 1:21-cv-06199-DLC (Consolidated with Case Nos. 1:21-cv-06147-DLC, 1:21-cv-06257-DLC, 1:21-cv-06902-DLC)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Janie Marcaurel, Gabriel Fierro, Shelby Ingram, Mark Krenzer, Mary J. Fusilier, Clifford Harris, Nolan Brodie, Miguel Montelongo, Gerald Davis, and Steven Dudley, individually and on behalf of all others similarly situated, in the above-captioned consolidated action, appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on February 24, 2022 (the "Judgment"), pursuant to the court's Order granting Defendant's motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (the "Order").  True and correct copies of the Order and the Judgment are attached hereto as Exhibits A and B, respectively.

Dated: March 25, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Matthew M. Guiney*
Matthew M. Guiney
Lillian Grinnell
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600;
Fax: (212) 686-0114
guiney@whafh.com
grinnell@whafh.com

Rachele R. Byrd (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California
Tel: (619) 239-4599
Fax: (619) 234-4599
byrd@whafh.com

M. Anderson Berry (*pro hac vice*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
*aberry@justice4you.com*
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

Todd S. Garber Esq.
**FINKELSTEIN, BLANKINSHIP, FREIPEARSON & GARBER, LLP**
*tgarber@fbfglaw.com*
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561

Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
*jgoldenberg@gs-legal.com*
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
Fax: (513) 345-8294

Lori G. Feldman (LF-3478)
**GEORGE GESTEN MCDONALD PLLC**
*LFeldman@4-Justice.com*
*eService@4-Justice.com*
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Tel: (917) 983-9321
Fax: (888) 421-4173

Gayle M. Blatt (*pro hac vice*)
Michael Benke
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101-1486
Tel:   (619) 238-1811
Fax:   (619) 544-9232
gmb@cglaw.com

Karen Wilson-Robinson, Esq.
**WILSON & BROWN, PLLC**
*karen@wilsonbrownlawyers.com*
629 Fifth Avenue, Suite 225
Pelham, New York 10803
Telephone: (646) 498-9816

Terence R. Coates (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
tcoates@msdlegal.com
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Tel: (513) 651-3700
Fax: (513) 665-0219

Joseph M. Lyon (*pro hac vice*)
**THE LYON FIRM, LLC**
*jlyon@thelyonfirm.com*
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Fax: (513) 766-9011

David J. George (*pro hac vice*)
Brittany L. Brown (*pro hac vice*)
**GEORGE GESTEN MCDONALD, PLLC**
*DGeorge@4-Justice.com*
*BBrown@4-Justice.com*
*eService@4-Justice.com*
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel: (561) 232-6002
Fax: (888) 421-4173

*Attorneys for Plaintiffs and the Class*